Circuit granted. *Mr. C. J. Batter* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, Joseph M. Jones,* and *Miss Helen R. Carloss* for respondent. ▮

No. 188. McKENZIE, TRUSTEE IN BANKRUPTCY, *v.* IRVING TRUST Co. October 9, 1944. Petition for writ of certiorari to the Court of Appeals of New York granted. *Messrs. David Morgulas* and *M. Carl Levine* for petitioner. *Mr. William A. Onderdonk* for respondent. ▮

No. 189. CONNECTICUT LIGHT & POWER Co. *v.* FEDERAL POWER COMMISSION. October 9, 1944. ▮

▮ *Messrs. Claude R. Branch, Edward M. Day,* and *Gay H. Brown* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Joseph B. Goldman, Charles V. Shannon, Howard E. Wahrenbrock,* and *Howell Purdue* for respondent. Briefs were filed by *Mr. Francis A. Pallotti,* Attorney General, on behalf of the State of Connecticut, and *Mr. John E. Benton,* on behalf of the Connecticut Public Utilities Commissioners et al., as *amici curiae,* in support of the petition. ▮

No. 192. GIESE *v.* UNITED STATES. October 9, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted. *Mr. Edmund D. Campbell* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Robert S. Erdahl* for the United States. ▮